| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodman, Lois H. | District Court - District of New Jersey | 10/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | McElroy, Deutsch, Mulvaney & Carpenter LLP - 401K Plan with former law firm - held at T.Rowe Price during 2018 -- see Part VII for details |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Lois H. | 10/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Lois H. | 10/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Lois H. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. former firm Keough administered by Wells Fargo (H) | | | | | | | | | |
| 2. --JPMorgan Core Plus | | None | | | Sold | 01/01/18 | K | | |
| 3. --American Funds Balanced | | None | | | Sold | 01/01/18 | N | | |
| 4. --Amercian Funds FndInv | | None | | | Sold | 01/01/18 | L | | |
| 5. --J P Morgan Mid Cap Growth | | None | | | Sold | 01/01/18 | K | | |
| 6. --Wells Fargo/ Black Rock S&P Midcap Index Fund | | None | | | Sold | 01/01/18 | L | | |
| 7. --Wells Fargo Stable Return Fund | | None | | | Sold | 01/01/18 | L | | |
| 8. --Mainstay Large Cap Growth | | None | | | Sold | 01/01/18 | L | | |
| 9. --Invesco Small Cap Equity Fund | | None | | | Sold | 01/01/18 | L | | |
| 10. --Wells Fargo/Causeway International Value | | None | | | Sold | 01/01/18 | K | | |
| 11. Wells Fargo Banking Accts | A | Interest | J | T | | | | | |
| 12. former firm Keogh administerd by T.Rowe Price (H) | | | | | | | | | |
| 13. --American Fund Balanced R6 | A | Dividend | N | T | Open | 01/01/18 | J | | |
| 14. --American Funda Fundamental R6 | A | Dividend | L | T | Open | 01/01/18 | J | | |
| 15. --Fidelity International Index Prem | A | Dividend | | | Open | 01/01/18 | L | | |
| 16. --Fidelity International Index Prem | | | | | Sold | 10/01/18 | L | | |
| 17. --Fidelity Mid Cap Index Intl | A | Dividend | | | Open | 01/01/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Lois H. | 10/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Mid Cap Index Instl | | | | | Sold | 10/01/18 | L | | |
| 19. --JPMorgan Mid Cap Growth I | A | Dividend | K | T | Open | 01/01/18 | J | | |
| 20. --JPMorgan Small Cap Equity I | A | Dividend | L | T | Open | 01/01/18 | J | | |
| 21. --Mainstay Large Cap Growth R1 | A | Dividend | L | T | Open | 01/01/18 | J | | |
| 22. --JPMorgan Core Plus Bond I | A | Dividend | K | T | Open | 01/01/18 | J | | |
| 23. --Stable Value Fund | A | Dividend | L | T | Open | 01/01/18 | J | | |
| 24. --Fidelity International Index Fund | A | Dividend | K | T | Open | 10/01/18 | K | | |
| 25. --Fidelity Mid Cap Index Fund | A | Dividend | L | T | Open | 10/01/18 | L | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: My 401k remained with the firm Wells Fargo account through the end of 2017 so all of those investment accounts are marked as closed in Part IV; it was transferred to T. Rowe Price at the beginning of 2018 -- see Part VII for details for year-end 2018.

Part VII lines 12 through 23: these are the funds contained in my 401K account, maintained at T.Rowe Price through year-end 2018 (see reference in Part II). I have no control over the investments beyond selection of the funds themselves.

Part VII line 11: The accounts shown on line 11 represent an aggregate of various savings and checking accounts. The total balance in the accounts varies, depending on the time of month.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Lois H. | 10/22/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lois H. Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544